SMITH MOTOR CAR CORPORATION, Respondent, Appellant, *v.* UNIVERSAL CREDIT COMPANY, Appellant, Respondent.*

Supreme Court, Appellate Term, First Department, November 8, 1934.

See headnote in *Smith Motor Car Corp.* v. *Universal Credit Co.* (*ante*, p. 100).

*Kepecs & Frischer* [*Murray Frischer* of counsel], for the respondent, appellant.

*Goodman & Werner* [*Emanuel Goodman* of counsel], for the appellant, respondent.

PER CURIAM. Judgment affirmed.

Present, LYDON, CALLAHAN and SHIENTAG, JJ.

* Affg. 154 Misc. 100.